**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC WHITE, | Case No. CV 13-8346 JFW (SS) |
|         Plaintiff, | |
|    v. | **JUDGMENT** |
| CORRECTIONAL SERGEANT RIVERA, | |
|         Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  May 7, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE